■ In the Matter of Louis A. Larasso, Appellant, against Commission of Investigation of the State of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of Frank T. Majuri, Appellant, against Commission of Investigation of the State of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur - - Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ Andre Hercz, Respondent, v. Geo. W. Millar & Co., Inc., Appellant. Ashear Bros., Inc., Respondent, v. Andre Hercz, Defendant and Third-Party Plaintiff-Respondent. Geo. W. Millar & Co., Inc., Third-Party Defendant-Appellant.— Order unanimously modified on the law and on the exercise of discretion, with $20 costs and disbursements to respondent Hercz, to the extent of denying consolidation and ordering joint trial. This is not an appropriate case for organic consolidation. The claims by the manufacturer against the supplier necessarily differ from those of its customer against it, for "Even if all the claims arose out of the same defects, the warranties made by each of the parties differed" (Texilon Co. v. Kaiserman, 3 A D 2d 743). While consolidation is not appropriate, it would appear that a joint trial would be in the interest of justice and that no substantial right will be prejudiced by having a joint trial (Civ. Prac. Act, § 96-a). Settle order. Concur —Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ E. Gayle McGuigan et al., Copartners Doing Business under the Name of McGuigan & Kilcullen, Respondents, v. Mary E. P. Roberts, Appellant, et al., Defendant.—Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ E. Gayle McGuigan et al., Copartners Doing Business under the Name of McGuigan & Kilcullen, Respondents, v. Mary E. P. Roberts, Defendant, and Amy P. Statter, Appellant.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ Joan W. Kesseler v. Howard J. Kesseler.— Motion granted insofar as to extend plaintiff-appellant's time to serve and file the record on appeal and appellant's points to and including March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ The People of the State of New York v. Pablo Aguayo.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ Dilbert's Quality Supermarkets, Inc. v. Martin Bruce et al.— Motion for stay granted insofar as to continue the stay contained in the order to show cause, dated January 22, 1960, pending the hearing and determination of the appeals, on condition that the defendants-appellants procure the records on appeal and appellants' points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ The People of the State of New York v. William Thompson, Alias William Hensler.— Motion for leave to appeal as a poor person denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ E. Gayle McGuigan et al. v. Mary E. P. Roberts. Appellant, et al., Defendant.— Motion for leave to submit copies of bill of particulars denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.